# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **STEPHEN BUCKNER** | ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 1:14-cv-00172-MR-DLH |
| vs. | ) ) | |
| **CAROLYN W. COLVIN** Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 9, 2014 Order.

December 9, 2014

Frank G. Johns, Clerk
United States District Court